UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 12-08263-MMM(SHx) |
| Date | February 11, 2013 |

Title: Catherine Zulfer vs Playboy Enterprises Inc.

Present: The Honorable MARGARET M. MORROW

| ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:

David DeRubertis

Attorneys Present for Defendants:

Jennifer Redmond
John Stigi

**Proceedings:**   Defendant's Motion to Dismiss[7]

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion to dismiss under submission.